[No. 45593-5-II.   Division Two.   April 21, 2015.]

TORI KRUGER-WILLIS, *Appellant*, v. HEATHER HOFFENBURG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-2-00653-4, Toni A. Sheldon, J., entered October 21, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Maxa and Lee, JJ.

[No. 45992-2-II.   Division Two.   April 21, 2015.]

*In the Matter of the Personal Restraint of* SHAWN BENJAMIN SHERROD, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Worswick and Melnick, JJ.

[No. 46141-2-II.   Division Two.   April 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD L. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 13-1-00217-3, Michael J. Sullivan, J., entered April 4, 2014. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Maxa and Sutton, JJ.

[No. 46864-6-II.   Division Two.   April 21, 2015.]

*In the Matter of the Personal Restraint of* JOSEPH KOPPENSTEIN, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.